IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                          November 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


AMERICAN CIRCUIT BREAKER CORPORATION

vs                                              CIVIL 98-2242CC

INSTERSPAN CANADA, INC., et al


By order of the Court plaintiff's Request for Clerk of Court to Give Notice of Final Judgment to U.S. Patent and Trademark Office (**docket entry 11**) is GRANTED. Parties to be notified.

*rmd* - Secretary

s/c: R. Casellas
     D. Peñagaricano